CMC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Civil Case No. 1:14-cv-00088

MALIBU MEDIA, LLC

    Plaintiff,
v.

Tahir Jamal, et al,
    Defendant

ASSIGNED JUDGE: Robert W. Gettleman

FILED JUN X 3 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## DEFENDANT JAMAL'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Tahir Jamal ("Defendant") is identified in Plaintiff's complaint as the Internet Service Provider (ISP) subscriber assigned Internet Protocol ("IP") address 50.172.116.22. I am representing myself Pro Se in this matter before the Court. I understand that Pro Se litigants are required to follow the same rules and procedures as litigants represented by attorneys as seen in Nielson v. Price, 17 F.3d 1276, 1277 (10th Cir. 1994). I will abide by these rules and procedures, but ask the courts indulgence as I'm not a lawyer. I hereby answer the Complaint of MALIBU MEDIA, LLC ("Plaintiff") as follows:

### Jurisdiction and Venue

1.    Defendant denies the statements in paragraphs 1-7 of the complaint, due to lack of knowledge.

### The Parties

2.    Defendant denies the statements in paragraphs 8-9, due to lack of knowledge.

**Factual Background**

3. Defendant denies the statements in paragraphs 10-29, due to lack of knowledge.

**Count 1 - Copyright Infringement**

4. Defendant denies the allegations in paragraphs 30-35. Plaintiff's allegations are only based on the fact that Defendant is the Internet Service Provider (ISP) subscriber (pays the ISP bill). Plaintiff alleges Defendant' public IP address was observed for one second on the alleged infringement date. There is **NO** reasonable information to even suggest that Defendant is the offender; only that the Internet subscription is in his name. No due diligence efforts have been taken to attempt to identify the true infringer beyond seeking early discovery from the ISP. Plaintiff has voluntarily chosen not to mitigate the alleged damages in its claims.

5. Defendant reserves the right to amend its answer to add defenses as information becomes available.

**PRAYER FOR RELIEF**

**WHEREFORE,** Defendant having fully answered and pled to the causes of actions herein, Defendant requests a jury trial on the claims herein insofar as they can be properly heard by a jury and an order granting the following relief:

    a. For entry of a permanent injunction preventing Plaintiff from naming a defendant in this BitTorrent copyright infringement case and future ones base

only on the fact that the ISP subscriber pays the Internet service bill. Plaintiff should be enjoined to conduct at least a basic investigation, to include depositions to determine who the actual infringer is. Naming a defendant based only on whom the ISP records disclose as the bill payer is wildly irresponsible.

b. Request the court "on its own" issue a show cause order (FRCP 11(c)(3)) to Plaintiff as to why it should not be sanctioned for providing factual contentions that have no evidentiary support or will likely have no evidentiary support after a reasonable opportunity for further investigation or discovery.

c. Request that if the court finds that Plaintiff violated FRCP 11(b), appropriate sanctions are imposed to deter future conduct by this Plaintiff or others Plaintiffs filing similar BitTorrent copyright infringement law suits.

d. A judgment in favor of Defendant denying Plaintiff's requested relief and dismissal of Plaintiff's Complaint with prejudice by this court.

DATED: 30 May 2014

Respectfully submitted,
Tahir Jamal

By: _____
Tahir Jamal

366 Sweet Gum St
Bolingbrook IL, 60490
630 258 4398
tahirjamal33@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 30 May 2014, I served a copy of the foregoing document, via Certified US Mail, to:

Plaintiff's Attorney
Mary K. Schulz, Esq.
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134

Dated: 30 May 2014                                Respectfully submitted,

*/s/ Tahir Jamal*

Tahir Jamal
366 Sweet Gum St
Bolingbrook IL, 60490
630 258 4398
tahirjamal33@gmail.com